AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| United States of America | |
|---|---|
| v. | ) |
| | ) Case No. 25-7-2 |
| | ) |
| | ) |
| SOULEYMANE KAH | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SOULEYMANE KAH ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:371 - CONSPIRACY

18:2312 AND 2 - TRANSPORTATION OF STOLEN MOTOR VEHICLES, AIDING AND ABETTING

Date: 09/09/2025

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/12/2025 , and the person was arrested on *(date)* 10/30/2025 at *(city and state)* Columbus, OH . |
| Date: 10/30/2025 |

*Arresting officer's signature*

DAVID Q. TRAVES / SA
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| AMADOU DIOL | : | VIOLATIONS: |
| SOULEYMANE KAH | | 18 U.S.C. § 371 (conspiracy – 1 count) |
| MBAYE LO | : | 18 U.S.C. § 2312 (transportation of stolen motor vehicles – 5 counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) Notice of forfeiture |
| | : | |

## SUPERSEDING INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

At all times material to the indictment:

1.　Defendant AMADOU DIOL was a resident of Ohio who was born in Mauritania.

2.　Defendant SOULEYMANE KAH was a resident of Ohio who was born in the Ivory Coast.

3.　Defendant MBAYE LO was a resident of Ohio who was born in Senegal.

4.　Rental Car Company A was a car rental agency headquartered in Clayton, Missouri.

5.　Rental Car Company B was a car rental agency headquartered in Estero, Florida.

6. Rental Car Company C was a car rental agency headquartered in Clayton, Missouri.

7. Person Number 1 ("Person 1") was a resident of Delaware who frequently purchased stolen rental vehicles from defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO.

8. Person Number 2 ("Person 2") was a resident of Delaware who, along with Person 1, frequently purchased stolen rental vehicles from defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO.

9. From in or about December 2020 through in or about December 2021, in the Eastern District of Pennsylvania, and elsewhere, defendants

**AMADOU DIOL,**
**SOULEYMANE KAH, and**
**MBAYE LO**

conspired and agreed, together and with others known and unknown to the grand jury, to commit offenses against the United States, that is, to knowingly transport stolen vehicles in interstate commerce, in violation of Title 18, United States Code, Section 2312.

**MANNER AND MEANS**

It was part of the conspiracy that:

10. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO, and their co-conspirators rented vehicles from car rental companies throughout central and eastern United States by fraudulent means, transported the vehicles in interstate commerce, and sold the stolen vehicles to various purchasers, including to Person 1 and Person 2, who in turn exported the vehicles overseas.

2

11.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO obtained genuine driver's licenses of third parties so that the licenses could be used to rent vehicles that would be stolen, even though the third parties were unaware that their licenses were being used and did not authorized defendants DIOL, KAH, and LO to use their drivers' licenses.

12.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO also caused false and fabricated driver's licenses to be created so that they could be used to rent vehicles that would be stolen.

13.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO caused the driver's licenses to be provided to co-conspirators who used these licenses to rent vehicles under false pretenses.

14.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO frequently accompanied co-conspirators who were renting the vehicles under false pretenses to the car rental companies.

15.     After causing the vehicles to be rented under false pretenses, defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO caused the vehicles not to be returned to the rental car companies, thereby stealing the vehicles.

16.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO frequently transported, and caused to be transported, the stolen vehicles across state lines to facilitate their sale.

17.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO sold the stolen vehicles to purchasers, often in states on the east coast of the United States.

3

18.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO received payment for the stolen vehicles by various means, including cash, electronic payments such as Cash App transfers, and in the form of a luxury vehicle.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, defendants
AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO committed the following overt acts,
among others, in the Eastern District of Pennsylvania and elsewhere:

### Vehicle 1

1.　On or about February 4, 2021, defendant SOULEYMANE KAH caused
the fraudulent rental of a 2021 Ford Explorer, Vehicle Identification Number ("VIN") ending
4583 ("Vehicle 1"), in the name of H.F. from Rental Car Company A near the Toledo Express
Airport in Toledo, Ohio.

### Vehicle 2

2.　On or about March 14, 2021, defendant SOULEYMANE KAH caused the
fraudulent rental of a 2020 Ford Expedition, VIN ending in 9700 ("Vehicle 2"), in the name of
M.R. from Rental Car Company A near the West Virginia International Yeager Airport in
Kanawha County, West Virginia.

### Vehicle 3

3.　On or about June 25, 2021, defendants SOULEYMANE KAH and
MBAYE LO caused the fraudulent rental of a 2021 Toyota Rav4, VIN ending in 9078 ("Vehicle
3"), in the name of D.T. from Rental Car Company A near the Dayton International Airport in
Dayton, Ohio.

### Vehicle 4

4.　On or about June 27, 2021, defendants SOULEYMANE KAH and
MBAYE LO caused the fraudulent rental of a 2020 Jeep Compass, VIN ending in 4518

("Vehicle 4"), in the name of C.Y. from Rental Car Company A near the Louisville International Airport in Louisville, Kentucky.

### Vehicle 5

5.      On or about June 30, 2021, defendants SOULEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Edge, VIN ending 5956 ("Vehicle 5"), in the name of D.J. from Rental Car Company A near the Louisville International Airport in Louisville, Kentucky.

### Vehicle 6

6.      On or about July 10, 2021, defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 Toyota Rav4, VIN ending in 3657 ("Vehicle 6"), in the name of F.H. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

7.      On or about July 13, 2021, defendant SOULEYMANE KAH transported and caused to be transported Vehicle 6 from Columbus, Ohio, to Philadelphia, Pennsylvania, for the purpose of selling Vehicle 6 to Person 2.

### Vehicle 7, Vehicle 8, Vehicle 9, and Vehicle 10

8.      On or about July 15, 2021, defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 GMC Terrain, VIN ending in 2212 ("Vehicle 7"), in the name of M.S. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

On or about July 17, 2021:

9.      Defendants SOULEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Expedition, VIN ending in 5007 ("Vehicle 8"), in the name of L.N. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

6

10.     Defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 GMC Terrain, VIN ending in 2126 ("Vehicle 9"), in the name of M.M. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

On or about July 18, 2021:

11.     Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 9 from Columbus, Ohio, to the area of the Baltimore/Washington International Airport in Baltimore, Maryland.

12.     Defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 Toyota Highlander, VIN ending in 7940 ("Vehicle 10"), in the name of J.A. from Rental Car Company A near the Baltimore/Washington International Airport in Balimore, Maryland.

13.     Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 9 from the area of the Baltimore/Washington International Airport in Baltimore, Maryland, to Claymont, Delaware, for the purpose of selling Vehicle 9 to Person 1 and Person 2.

14.     Defendant MBAYE LO transported and caused to be transported Vehicle 7 from Columbus, Ohio, to Claymont, Delaware, for the purpose of selling Vehicle 7 to Person 1 and Person 2.

15.     Defendants SOULEYMANE KAH and MBAYE LO transported and caused to be transported Vehicle 8 from Columbus, Ohio, to Claymont, Delaware, for the purpose of selling Vehicle 8 to Person 1 and Person 2.

16.     Defendants SOULEYMANE KAH and MBAYE LO sold Vehicle 7, Vehicle 8, and Vehicle 9 to Person 1 and Person 2.

**Vehicle 11 and Vehicle 12**

On or about July 24, 2021:

17.    Defendant SOULEYMANE KAH caused the fraudulent rental of a 2020 Infinity Q50, VIN ending in 7616 ("Vehicle 11"), in the name of B.F. from Rental Car Company B near the Blue Grass Airport in Lexington, Kentucky.

18.    Defendant AMADOU DIOL caused the fraudulent rental of a 2020 Ford Explorer, VIN ending in 5818 ("Vehicle 12"), in the name of H.J. from Car Rental Company A near the Columbus John Glenn International Airport in Columbus, Ohio.

19.    On or about July 25, 2021, defendant SOULEYMANE KAH transported and caused to be transported Vehicle 11 through the Eastern District of Pennsylvania to Claymont, Delaware, for the purpose of selling Vehicle 11 to Person 2.

**Vehicle 13 and Vehicle 14**

On or about August 28, 2021:

20.    Defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 Toyota 4-Runner, VIN ending in 2504 ("Vehicle 13"), in the name of D.T. from Rental Car Company A near the Detroit Metropolitan Airport in Detroit, Michigan.

21.    Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 13 from Detroit, Michigan, to Columbus, Ohio.

22.    On or about August 29, 2021, defendant MBAYE LO transported and caused to be transported Vehicle 13 from Columbus, Ohio, to Claymont, Delaware, for the purpose of selling Vehicle 13 to Person 1 and Person 2. During this trip, defendant LO passed through the Eastern District of Pennsylvania with Vehicle 13.

On or about August 30, 2021:

8

23. Defendant SOULEYMANE KAH caused the fraudulent rental of a 2020 Nissan Pathfinder, VIN ending in 7730 ("Vehicle 14"), in the name of Q.H. from Rental Car Company A near the Baltimore Washington International Airport in Baltimore, Maryland.

24. Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 14 from the Baltimore Washington International Airport in Baltimore, Maryland, to Claymont, Delaware, for the purpose of selling Vehicle 14 to Person 1 and Person 2.

### Vehicle 15

25. On or about November 6, 2021, defendant AMADOU DIOL caused the fraudulent rental of a 2020 Infiniti QX80, VIN ending in 2447 ("Vehicle 15"), in the name of E.D. from Rental Car Company A near the Washington Dulles International Airport in Dulles, Virginia.

### Vehicle 16 and Vehicle 17

On or about November 14, 2021:

26. Defendant AMADOU DIOL caused the fraudulent rental of a 2020 Infiniti QX80, VIN ending in 6026 ("Vehicle 16"), in the name of D.M. from Rental Car Company A near the Washington Dulles International Airport in Dulles, Virginia.

27. Defendants AMADOU DIOL and MBAYE LO caused the fraudulent rental of a 2020 Nissan Kick, VIN ending in 6651 ("Vehicle 17"), in the name of T.D. from Rental Car Company A near the Washington Dulles International Airport in Dulles, Virginia.

28. Defendant AMADOU DIOL transported and caused to be transported Vehicle 16 and Vehicle 17 from the Washington Dulles International Airport in Dulles, Virginia, to Philadelphia, Pennsylvania.

9

### Vehicle 18, Vehicle 19, and Vehicle 20

On or about November 19, 2021:

29.     Defendants SOLEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Explorer, VIN ending in 5204 ("Vehicle 18"), in the name of H.C. from Rental Car Company A near the Tri-Cities Airport in Blountville, Tennessee.

30.     Defendants SOLEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Expedition, VIN ending in 1659 ("Vehicle 19"), in the name of K.O. from Rental Car Company A near the Tri-Cities Airport in Blountville, Tennessee.

31.     Defendants SOLEYMANE KAH, MBAYE LO, and AMADOU DIOL caused the fraudulent rental of a 2021 Toyota 4Runner, VIN ending in 8656 ("Vehicle 20"), in the name of M.T. from Rental Car Company A near the Tri-Cities Airport in Blountville, Tennessee.

32.     Defendants SOLEYMANE KAH and MBAYE LO transported and caused to be transported Vehicle 18, Vehicle 19, and Vehicle 20 from the Tri-Cities Airport in Blountville, Tennessee, to Delaware, for the purpose of selling the vehicles.

### Vehicle 21

33.     On or about November 20, 2021, defendants SOULEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Nissan Murano, VIN ending in 5744 ("Vehicle 21"), in the name of A.S. from Rental Car Company A near the Chattanooga Metropolitan Airport in Chattanooga, Tennessee.

### Vehicle 22

34.     On or about November 27, 2021, defendants SOLEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Toyota 4-Runner, VIN ending in 8795

10

("Vehicle 22"), in the name of C.A. from Rental Car Company C near the Columbus John Glenn International Airport in Columbus, Ohio.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.     Paragraphs 1 through 8 and 10 through 18 and Overt Acts 6 and 7 of Count One are incorporated here.

2.     On or about July 13, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### SOULEYMANE KAH

unlawfully transported, and aided and abetted the unlawful transportation of, in interstate commerce a stolen motor vehicle, that is, a 2021 Toyota Rav4, VIN ending in 3657 (Vehicle 6), from the state of Ohio to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.      Paragraphs 1 through 8 and 10 through 18 and Overt Acts 17 through 19 of Count One are incorporated here.

2.      On or about July 25, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### SOULEYMANE KAH

unlawfully transported, and aided and abetted the unlawful transportation of, in interstate commerce a stolen motor vehicle, that is, a 2020 Infinity Q50, VIN ending in 7616 (Vehicle 11), from the state of Ohio to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2313 and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1. Paragraphs 1 through 8 and 10 through 18 and Overt Acts 20 through 24 of Count One are incorporated here.

2. On or about August 29, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### MBAYE LO

unlawfully transported, and aided and abetted the transportation of, in interstate commerce a stolen motor vehicle, that is, 2021 Toyota 4-Runner, VIN ending in 2504 (Vehicle 13), from the state of Ohio to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

14

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.     Paragraphs 1 through 8 and 10 through 18 and Overt Acts 26 through 28 of Count One are incorporated here.

2.     From on or about November 14, 2021, to on or about November 16, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### AMADOU DIOL

unlawfully transported, and aided and abetted the transportation of, in interstate commerce a stolen motor vehicle, that is, a 2020 Infiniti Q80, VIN ending in 6026 (Vehicle 16), from the Commonwealth of Virginia to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.      Paragraphs 1 through 8 and 10 through 18 and Overt Acts 26 through 28 of Count One are incorporated here.

2.      From on or about November 14, 2021, to on or about November 16, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### AMADOU DIOL

unlawfully transported, and aided and abetted the transportation of, in interstate commerce a stolen motor vehicle, that is, 2020 Nissan Kick, VIN ending in 6651 (Vehicle 17), from the Commonwealth of Virginia to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

16

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violations of Title 18, United States Code, Sections 371 and 2312 set forth in this indictment, defendants

**SOULYMANE KAH,
MBAYE LO, and
AMADOU DIOL**

shall forfeit to the United States of America any property, real or personal, which represents or is traceable to the gross proceeds obtained directly, or indirectly, as a result of such violations.

2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

   (a)  cannot be located upon the exercise of due diligence;

   (b)  has been transferred or sold to, or deposited with, a third party;

   (c)  has been placed beyond the jurisdiction of the Court;

   (d)  has been substantially diminished in value; or

   (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(5)(D).

**A TRUE BILL:**

Christine & Ayles for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

v.

AMADOU DIOL
SOULEYMANE KAH
MBAYE LO

*SUPERSEDING* INDICTMENT
18 U.S.C. § 371 (conspiracy – 1 count)
18 U.S.C. § 2312 (transportation of stolen motor vehicles – 5 counts)
18 U.S.C. § 2 (aiding and abetting)
Notice of forfeiture

A true bill.

Filed in open court th_____ day.
Of ___Septe____

Bail. $ _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*SUPERSEDING* INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:   Philadelphia                    County:   Philadelphia

City and State of Defendant:   See reverse

County:  See reverse        Register number:  See reverse

Place of accident, incident, or transaction:    Eastern District of Pennsylvania and elsewhere

Post Office:  Philadelphia and surrounding areas    County: Philadelphia and surrounding areas

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

> Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

> YES/NO: NO

Case Number:                    Judge:

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.  ○  Antitrust

2.  ○  Income Tax and other Tax Prosecutions

3.  ○  Commercial Mail Fraud

4.  ○  Controlled Substances

5.  ○  Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.  ●  General Criminal
    (U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 371 (conspiracy – 1 count); 18 U.S.C. § 2312 (transportation of stolen motor vehicles – 5 counts)
18 U.S.C. § 2 (aiding and abetting); Notice of forfeiture

DATE:  9/9/25                    /s/ *MEGHAN E. CLAIBORNE*
                                 Meghan E. Claiborne
                                 Assistant United States Attorney

File No. 2021R00464
U.S. v. Diol, et al.

Amadou Diol
Manhattan, NY
New York County
FDC Philadelphia
USM #55942-511

Souleymane Kah
Gahanna, OH
Franklin County

Mbaye Lo
Columbus, OH
Franklin County

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| AMADOU DIOL | : | VIOLATIONS: |
| SOULEYMANE KAH | | 18 U.S.C. § 371 (conspiracy – 1 count) |
| MBAYE LO | : | 18 U.S.C. § 2312 (transportation of stolen |
| | | motor vehicles – 5 counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notice of forfeiture |
| | : | |

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to the indictment:

1.     Defendant AMADOU DIOL was a resident of Ohio who was born in Mauritania.

2.     Defendant SOULEYMANE KAH was a resident of Ohio who was born in the Ivory Coast.

3.     Defendant MBAYE LO was a resident of Ohio who was born in Senegal.

4.     Rental Car Company A was a car rental agency headquartered in Clayton, Missouri.

5.     Rental Car Company B was a car rental agency headquartered in Estero, Florida.

6. Rental Car Company C was a car rental agency headquartered in Clayton, Missouri.

7. Person Number 1 ("Person 1") was a resident of Delaware who frequently purchased stolen rental vehicles from defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO.

8. Person Number 2 ("Person 2") was a resident of Delaware who, along with Person 1, frequently purchased stolen rental vehicles from defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO.

9. From in or about December 2020 through in or about December 2021, in the Eastern District of Pennsylvania, and elsewhere, defendants

**AMADOU DIOL,**
**SOULEYMANE KAH, and**
**MBAYE LO**

conspired and agreed, together and with others known and unknown to the grand jury, to commit offenses against the United States, that is, to knowingly transport stolen vehicles in interstate commerce, in violation of Title 18, United States Code, Section 2312.

**MANNER AND MEANS**

It was part of the conspiracy that:

10. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO, and their co-conspirators rented vehicles from car rental companies throughout central and eastern United States by fraudulent means, transported the vehicles in interstate commerce, and sold the stolen vehicles to various purchasers, including to Person 1 and Person 2, who in turn exported the vehicles overseas.

11. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO obtained genuine driver's licenses of third parties so that the licenses could be used to rent vehicles that would be stolen, even though the third parties were unaware that their licenses were being used and did not authorized defendants DIOL, KAH, and LO to use their drivers' licenses.

12. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO also caused false and fabricated driver's licenses to be created so that they could be used to rent vehicles that would be stolen.

13. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO caused the driver's licenses to be provided to co-conspirators who used these licenses to rent vehicles under false pretenses.

14. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO frequently accompanied co-conspirators who were renting the vehicles under false pretenses to the car rental companies.

15. After causing the vehicles to be rented under false pretenses, defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO caused the vehicles not to be returned to the rental car companies, thereby stealing the vehicles.

16. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO frequently transported, and caused to be transported, the stolen vehicles across state lines to facilitate their sale.

17. Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO sold the stolen vehicles to purchasers, often in states on the east coast of the United States.

18.     Defendants AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO received payment for the stolen vehicles by various means, including cash, electronic payments such as Cash App transfers, and in the form of a luxury vehicle.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, defendants

AMADOU DIOL, SOULEYMANE KAH, and MBAYE LO committed the following overt acts,

among others, in the Eastern District of Pennsylvania and elsewhere:

### Vehicle 1

1.      On or about February 4, 2021, defendant SOULEYMANE KAH caused

the fraudulent rental of a 2021 Ford Explorer, Vehicle Identification Number ("VIN") ending

4583 ("Vehicle 1"), in the name of H.F. from Rental Car Company A near the Toledo Express

Airport in Toledo, Ohio.

### Vehicle 2

2.      On or about March 14, 2021, defendant SOULEYMANE KAH caused the

fraudulent rental of a 2020 Ford Expedition, VIN ending in 9700 ("Vehicle 2"), in the name of

M.R. from Rental Car Company A near the West Virginia International Yeager Airport in

Kanawha County, West Virginia.

### Vehicle 3

3.      On or about June 25, 2021, defendants SOULEYMANE KAH and

MBAYE LO caused the fraudulent rental of a 2021 Toyota Rav4, VIN ending in 9078 ("Vehicle

3"), in the name of D.T. from Rental Car Company A near the Dayton International Airport in

Dayton, Ohio.

### Vehicle 4

4.      On or about June 27, 2021, defendants SOULEYMANE KAH and

MBAYE LO caused the fraudulent rental of a 2020 Jeep Compass, VIN ending in 4518

5

("Vehicle 4"), in the name of C.Y. from Rental Car Company A near the Louisville International Airport in Louisville, Kentucky.

### Vehicle 5

5.      On or about June 30, 2021, defendants SOULEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Edge, VIN ending 5956 ("Vehicle 5"), in the name of D.J. from Rental Car Company A near the Louisville International Airport in Louisville, Kentucky.

### Vehicle 6

6.      On or about July 10, 2021, defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 Toyota Rav4, VIN ending in 3657 ("Vehicle 6"), in the name of F.H. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

7.      On or about July 13, 2021, defendant SOULEYMANE KAH transported and caused to be transported Vehicle 6 from Columbus, Ohio, to Philadelphia, Pennsylvania, for the purpose of selling Vehicle 6 to Person 2.

### Vehicle 7, Vehicle 8, Vehicle 9, and Vehicle 10

8.      On or about July 15, 2021, defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 GMC Terrain, VIN ending in 2212 ("Vehicle 7"), in the name of M.S. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

On or about July 17, 2021:

9.      Defendants SOULEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Expedition, VIN ending in 5007 ("Vehicle 8"), in the name of L.N. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

10.     Defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 GMC Terrain, VIN ending in 2126 ("Vehicle 9"), in the name of M.M. from Rental Car Company A near the Dayton International Airport in Dayton, Ohio.

On or about July 18, 2021:

11.     Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 9 from Columbus, Ohio, to the area of the Baltimore/Washington International Airport in Baltimore, Maryland.

12.     Defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 Toyota Highlander, VIN ending in 7940 ("Vehicle 10"), in the name of J.A. from Rental Car Company A near the Baltimore/Washington International Airport in Balimore, Maryland.

13.     Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 9 from the area of the Baltimore/Washington International Airport in Baltimore, Maryland, to Claymont, Delaware, for the purpose of selling Vehicle 9 to Person 1 and Person 2.

14.     Defendant MBAYE LO transported and caused to be transported Vehicle 7 from Columbus, Ohio, to Claymont, Delaware, for the purpose of selling Vehicle 7 to Person 1 and Person 2.

15.     Defendants SOULEYMANE KAH and MBAYE LO transported and caused to be transported Vehicle 8 from Columbus, Ohio, to Claymont, Delaware, for the purpose of selling Vehicle 8 to Person 1 and Person 2.

16.     Defendants SOULEYMANE KAH and MBAYE LO sold Vehicle 7, Vehicle 8, and Vehicle 9 to Person 1 and Person 2.

## Vehicle 11 and Vehicle 12

On or about July 24, 2021:

17.     Defendant SOULEYMANE KAH caused the fraudulent rental of a 2020 Infinity Q50, VIN ending in 7616 ("Vehicle 11"), in the name of B.F. from Rental Car Company B near the Blue Grass Airport in Lexington, Kentucky.

18.     Defendant AMADOU DIOL caused the fraudulent rental of a 2020 Ford Explorer, VIN ending in 5818 ("Vehicle 12"), in the name of H.J. from Car Rental Company A near the Columbus John Glenn International Airport in Columbus, Ohio.

19.     On or about July 25, 2021, defendant SOULEYMANE KAH transported and caused to be transported Vehicle 11 through the Eastern District of Pennsylvania to Claymont, Delaware, for the purpose of selling Vehicle 11 to Person 2.

## Vehicle 13 and Vehicle 14

On or about August 28, 2021:

20.     Defendant SOULEYMANE KAH caused the fraudulent rental of a 2021 Toyota 4-Runner, VIN ending in 2504 ("Vehicle 13"), in the name of D.T. from Rental Car Company A near the Detroit Metropolitan Airport in Detroit, Michigan.

21.     Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 13 from Detroit, Michigan, to Columbus, Ohio.

22.     On or about August 29, 2021, defendant MBAYE LO transported and caused to be transported Vehicle 13 from Columbus, Ohio, to Claymont, Delaware, for the purpose of selling Vehicle 13 to Person 1 and Person 2. During this trip, defendant LO passed through the Eastern District of Pennsylvania with Vehicle 13.

On or about August 30, 2021:

8

23.     Defendant SOULEYMANE KAH caused the fraudulent rental of a 2020 Nissan Pathfinder, VIN ending in 7730 ("Vehicle 14"), in the name of Q.H. from Rental Car Company A near the Baltimore Washington International Airport in Baltimore, Maryland.

24.     Defendant SOULEYMANE KAH transported and caused to be transported Vehicle 14 from the Baltimore Washington International Airport in Baltimore, Maryland, to Claymont, Delaware, for the purpose of selling Vehicle 14 to Person 1 and Person 2.

### Vehicle 15

25.     On or about November 6, 2021, defendant AMADOU DIOL caused the fraudulent rental of a 2020 Infiniti QX80, VIN ending in 2447 ("Vehicle 15"), in the name of E.D. from Rental Car Company A near the Washington Dulles International Airport in Dulles, Virginia.

### Vehicle 16 and Vehicle 17

On or about November 14, 2021:

26.     Defendant AMADOU DIOL caused the fraudulent rental of a 2020 Infiniti QX80, VIN ending in 6026 ("Vehicle 16"), in the name of D.M. from Rental Car Company A near the Washington Dulles International Airport in Dulles, Virginia.

27.     Defendants AMADOU DIOL and MBAYE LO caused the fraudulent rental of a 2020 Nissan Kick, VIN ending in 6651 ("Vehicle 17"), in the name of T.D. from Rental Car Company A near the Washington Dulles International Airport in Dulles, Virginia.

28.     Defendant AMADOU DIOL transported and caused to be transported Vehicle 16 and Vehicle 17 from the Washington Dulles International Airport in Dulles, Virginia, to Philadelphia, Pennsylvania.

## Vehicle 18, Vehicle 19, and Vehicle 20

On or about November 19, 2021:

29.     Defendants SOLEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Explorer, VIN ending in 5204 ("Vehicle 18"), in the name of H.C. from Rental Car Company A near the Tri-Cities Airport in Blountville, Tennessee.

30.     Defendants SOLEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Ford Expedition, VIN ending in 1659 ("Vehicle 19"), in the name of K.O. from Rental Car Company A near the Tri-Cities Airport in Blountville, Tennessee.

31.     Defendants SOLEYMANE KAH, MBAYE LO, and AMADOU DIOL caused the fraudulent rental of a 2021 Toyota 4Runner, VIN ending in 8656 ("Vehicle 20"), in the name of M.T. from Rental Car Company A near the Tri-Cities Airport in Blountville, Tennessee.

32.     Defendants SOLEYMANE KAH and MBAYE LO transported and caused to be transported Vehicle 18, Vehicle 19, and Vehicle 20 from the Tri-Cities Airport in Blountville, Tennessee, to Delaware, for the purpose of selling the vehicles.

## Vehicle 21

33.     On or about November 20, 2021, defendants SOULEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Nissan Murano, VIN ending in 5744 ("Vehicle 21"), in the name of A.S. from Rental Car Company A near the Chattanooga Metropolitan Airport in Chattanooga, Tennessee.

## Vehicle 22

34.     On or about November 27, 2021, defendants SOLEYMANE KAH and MBAYE LO caused the fraudulent rental of a 2021 Toyota 4-Runner, VIN ending in 8795

("Vehicle 22"), in the name of C.A. from Rental Car Company C near the Columbus John Glenn International Airport in Columbus, Ohio.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1. Paragraphs 1 through 8 and 10 through 18 and Overt Acts 6 and 7 of Count One are incorporated here.

2. On or about July 13, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### SOULEYMANE KAH

unlawfully transported, and aided and abetted the unlawful transportation of, in interstate commerce a stolen motor vehicle, that is, a 2021 Toyota Rav4, VIN ending in 3657 (Vehicle 6), from the state of Ohio to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.      Paragraphs 1 through 8 and 10 through 18 and Overt Acts 17 through 19 of Count One are incorporated here.

2.      On or about July 25, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

## SOULEYMANE KAH

unlawfully transported, and aided and abetted the unlawful transportation of, in interstate commerce a stolen motor vehicle, that is, a 2020 Infinity Q50, VIN ending in 7616 (Vehicle 11), from the state of Ohio to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2313 and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.     Paragraphs 1 through 8 and 10 through 18 and Overt Acts 20 through 24 of Count One are incorporated here.

2.     On or about August 29, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

## MBAYE LO

unlawfully transported, and aided and abetted the transportation of, in interstate commerce a stolen motor vehicle, that is, 2021 Toyota 4-Runner, VIN ending in 2504 (Vehicle 13), from the state of Ohio to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.      Paragraphs 1 through 8 and 10 through 18 and Overt Acts 26 through 28 of Count One are incorporated here.

2.      From on or about November 14, 2021, to on or about November 16, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### AMADOU DIOL

unlawfully transported, and aided and abetted the transportation of, in interstate commerce a stolen motor vehicle, that is, a 2020 Infiniti Q80, VIN ending in 6026 (Vehicle 16), from the Commonwealth of Virginia to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1.      Paragraphs 1 through 8 and 10 through 18 and Overt Acts 26 through 28 of Count One are incorporated here.

2.      From on or about November 14, 2021, to on or about November 16, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

### AMADOU DIOL

unlawfully transported, and aided and abetted the transportation of, in interstate commerce a stolen motor vehicle, that is, 2020 Nissan Kick, VIN ending in 6651 (Vehicle 17), from the Commonwealth of Virginia to the Commonwealth of Pennsylvania, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.     As a result of the violations of Title 18, United States Code, Sections 371 and 2312 set forth in this indictment, defendants

**SOULYMANE KAH,**
**MBAYE LO, and**
**AMADOU DIOL**

shall forfeit to the United States of America any property, real or personal, which represents or is traceable to the gross proceeds obtained directly, or indirectly, as a result of such violations.

      2.     If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

      (a)     cannot be located upon the exercise of due diligence;

      (b)     has been transferred or sold to, or deposited with, a third party;

      (c)     has been placed beyond the jurisdiction of the Court;

      (d)     has been substantially diminished in value; or

      (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(5)(D).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**DAVID METCALF**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _ _ _

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

---

THE UNITED STATES OF AMERICA

v.

AMADOU DIOL
SOULEYMANE KAH
MBAYE LO

---

***SUPERSEDING*** INDICTMENT
18 U.S.C. § 371 (conspiracy – 1 count)
18 U.S.C. § 2312 (transportation of stolen motor vehicles – 5 counts)
18 U.S.C. § 2 (aiding and abetting)
Notice of forfeiture

---

A true bill.

*Caroline Bean*
Foreperson

Filed in open court this __9th__ day,
Of __September__ A.D. 20 __25__
*Caroline Bean*
Foreperson

---

Bail, $_____

---

**INFORMATION SHEET**

*DO NOT REMOVE FROM TOP OF FILE*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | FILE NO.____2021R00464_____ |
| | : | |
| v. | : | CRIMINAL NO.  25cr7-1  KBH_____ |
| | : | |
| AMADOU DIOL | : | DESCRIPTION OF VIOLATIONS AS PER |
| | : | *SUPERSEDING* INDICTMENT: |
| | : | |
| | : | 18 U.S.C. § 371 (conspiracy – 1 count) |
| | | 18 U.S.C. § 2312 (transportation of stolen motor |
| | | vehicles – 3 counts) |
| | | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notice of forfeiture |

*Defendant's current address*  10 East 138th Street, Apt. 5 – Manhattan, New York

*Place of detention*  FDC

*Federal or local custody*  Federal

*Register number*  55942-511

*Date of birth/PPD Photo number*  6/10/1983

*Date of commitment on
  instant federal charges*  N/A

*Reason for detention*  Risk of flight

*Interpreter needed*  ☑*no*  ☐*unknown*  ☐*yes - specify language or dialect:*

---

| | | |
|---|---|---|
| *Amount of bail* | *Name and* | N/A |
| ☐*set*  ☐*posted* | *address of* | N/A |
| ☐*recommended*  ☑ N/A | *bondsman* | N/A |
| *Name and address of*
*defendant's attorney* | | Mark Wilson – Federal Comm. Def. Off. For EDPA – Trial Unit
Curtis Center Bldg., 601 Walnut St., Suite 540 West
Philadelphia, PA 19106 |
| *Telephone / fax number* | | 215-928-1100/215-928-1112 |
| *Assistant U.S. Attorney
assigned to case* | | Meghan E. Claiborne |
| *Case agent's name* | | Scott Friedenreich |
| *Agency* | | FBI |

*(continued on reverse side)*

*All notices should be sent to:*          Chief, Criminal Division
                                          United States Attorney's Office
                                          One Independence Mall - Suite 1250
                                          615 Chestnut Street
                                          Philadelphia, PA 19106-4476

---

*Prior docket information:*
    *Docket No.*___N/A___  *Magistrate Judge*_____N/A___
    *Date*___N/A___

---

*Related indictments, docket numbers, and defendants:*

---

**Mandatory Minimum Charged:** *Yes, if at least one count, or No:* ☑ *NO* ☐ *YES*

**Statutory Minimum Mandatory Time** *(in years):* **N/A**

*Maximum sentence: {list maximum sentence for each count separately}*

## 18 U.S.C. § 371 (conspiracy to transport stolen vehicles)

The statutory maximum penalty is 5 years' imprisonment, 2 years of supervised release, a $250,000 fine, and a $100 special assessment.

## 18 U.S.C. § 2312 (Transportation of stolen vehicles)

The statutory maximum penalty is 10 years' imprisonment, 3 years of supervised release, a fine of $250,000, and a $100 special assessment (per count - $1,300).

The total maximum is 25 years' imprisonment, 3 years of supervised release, a fine of $750,000, and a $300 special assessment.

**INFORMATION SHEET**

*DO NOT REMOVE FROM TOP OF FILE*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | FILE NO. ___2021R00464___ |
| | : | |
| v. | : | CRIMINAL NO. 25cr7-2_KBH___ |
| | : | |
| SOULEYMANE KAH | : | DESCRIPTION OF VIOLATIONS AS PER |
| | : | *SUPERSEDING* INDICTMENT: |
| | : | |
| | : | 18 U.S.C. § 371 (conspiracy – 1 count) |

18 U.S.C. § 2312 (transportation of stolen motor vehicles – 2 counts)
18 U.S.C. § 2 (aiding and abetting)
Notice of forfeiture

*Defendant's current address*      68 Verdin Court – Gahanna, Ohio

*Place of detention*      N/A

*Federal or local custody*      N/A

*Register number*      N/A

*Date of birth/PPD Photo number*      4/8/90

*Date of commitment on
  instant federal charges*      N/A

*Reason for detention*      N/A

*Interpreter needed*    ☑ *no*    ☐ *unknown*    ☐ *yes - specify language or dialect:*

| | | |
|---|---|---|
| *Amount of bail* | *Name and* | N/A |
| ☐ *set*   ☐ *posted* | *address of* | N/A |
| ☐ *recommended*   ☑ N/A | *bondsman* | N/A |

*Name and address of
defendant's attorney*      Unknown at present
     N/A
     N/A

*Telephone / fax number*      N/A/N/A

*Assistant U.S. Attorney
assigned to case*      Meghan E. Claiborne

*Case agent's name*      Scott Friedenreich

*Agency*      FBI

*(continued on reverse side)*

*All notices should be sent to:*          Chief, Criminal Division
                                          United States Attorney's Office
                                          One Independence Mall - Suite 1250
                                          615 Chestnut Street
                                          Philadelphia, PA 19106-4476

*Prior docket information:*
          *Docket No.*___N/A___  *Magistrate Judge*_____N/A___
          *Date*___N/A___

*Related indictments, docket numbers, and defendants:*

**Mandatory Minimum Charged:** *Yes, if at least one count, or No:*  ☑ *NO*  ☐ *YES*

**Statutory Minimum Mandatory Time** *(in years):*  **N/A**

*Maximum sentence: {list maximum sentence for each count separately}*

## 18 U.S.C. § 371 (conspiracy to transport stolen vehicles)

The statutory maximum penalty is 5 years' imprisonment, 2 years of supervised release, a $250,000 fine, and a $100 special assessment.

## 18 U.S.C. § 2312 (Transportation of stolen vehicles)

The statutory maximum penalty is 10 years' imprisonment, 3 years of supervised release, a fine of $250,000, and a $100 special assessment (per count - $1,300).

The total maximum is 25 years' imprisonment, 3 years of supervised release, a fine of $750,000, and a $300 special assessment.

**INFORMATION SHEET**

*DO NOT REMOVE FROM TOP OF FILE*


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | FILE NO.____2021R00464____ |
| | : | |
| v. | : | CRIMINAL NO.  25cr7-3_KBH____ |
| | : | |
| MBAYE LO | : | DESCRIPTION OF VIOLATIONS AS PER |
| | : | *SUPERSEDING* INDICTMENT: |
| | : | |
| | : | 18 U.S.C. § 371 (conspiracy – 1 count) |
| | | 18 U.S.C. § 2312 (transportation of stolen motor vehicles – 1 count) |
| | | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notice of forfeiture |

*Defendant's current address*          273 Winner Avenue, Apt. 3A - Columbus, Ohio

*Place of detention*                    N/A

*Federal or local custody*              N/A

*Register number*                       N/A

*Date of birth/PPD Photo number*        11/12/93

*Date of commitment on
  instant federal charges*              N/A


*Reason for detention*                  N/A


*Interpreter needed*   ☑*no*   ☐*unknown*   ☐*yes - specify language or dialect:*

---

*Amount of bail*        *Name and*          N/A

☐*set*  ☐*posted*      *address of*         N/A

☐*recommended*  ☑ N/A   *bondsman*          N/A

*Name and address of*                   Unknown at present
*defendant's attorney*                  N/A
                                        N/A

*Telephone / fax number*                N/A/N/A

*Assistant U.S. Attorney
assigned to case*                       Meghan E. Claiborne
*Case agent's name*                     Scott Friedenreich

*Agency*                                FBI

*(continued on reverse side)*

*All notices should be sent to:*          Chief, Criminal Division
United States Attorney's Office
One Independence Mall - Suite 1250
615 Chestnut Street
Philadelphia, PA 19106-4476

*Prior docket information:*
*Docket No.*___N/A___   *Magistrate Judge*_____N/A___
*Date*___N/A___

*Related indictments, docket numbers, and defendants:*

**Mandatory Minimum Charged:** *Yes, if at least one count, or No:* ☑ *NO* ☐ *YES*

**Statutory Minimum Mandatory Time** *(in years):* **N/A**

*Maximum sentence: {list maximum sentence for each count separately}*

## 18 U.S.C. § 371 (conspiracy to transport stolen vehicles)

The statutory maximum penalty is 5 years' imprisonment, 2 years of supervised release, a $250,000 fine, and a $100 special assessment.

## 18 U.S.C. § 2312 (Transportation of stolen vehicles)

The statutory maximum penalty is 10 years' imprisonment, 3 years of supervised release, a fine of $250,000, and a $100 special assessment (per count - $1,300).

The total maximum is 15 years' imprisonment, 3 years of supervised release, a fine of $500,000, and a $200 special assessment.